**Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00374-CR (trial court cause number D-1-DC-16-100359)**
**NO. 14-18-00375-CR (trial court cause number D-1-DC-16-100360)**
**NO. 14-18-00376-CR (trial court cause number D-1-DC-16-100361)**
**NO. 14-18-00377-CR (trial court cause number D-1-DC-16-100362)**
**NO. 14-18-00378-CR (trial court cause number D-1-DC-16-100363)**
**NO. 14-18-00379-CR (trial court cause number D-1-DC-16-301894)**
**NO. 14-18-00380-CR (trial court cause number D-1-DC-16-301895)**
_____

**CRAIG JUBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 427th District Court**
**Travis County, Texas**

## ORDER

The reporter's record in these appeals were due June 18, 2018. We did not receive the record or a request for an extension of time to file the record. Accordingly, on June 19, 2018, we ordered the official court reporter, Nicole

Edwards, to file the reporter's record by July 5, 2018. Neither the record nor a request for an extension of time to file the record has been filed.

Accordingly, we order the official court reporter, Nicole Edwards, to file the reporter's record by **August 3, 2018**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Edwards does not timely file the record, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM